# Court of Appeals
# of the State of Georgia

ATLANTA, _October 24, 2025_

*The Court of Appeals hereby passes the following order:*

## A26E0076. RHONDA CARMICHAEL v. THE STATE.

Rhonda Carmichael has filed an "Emergency Motion For Immediate Stay and Petition for Writ of Prohibition," seeking to stay proceedings of her criminal case in Fulton County State Court based on her allegations of an illegal traffic stop. Upon consideration of the motion and the arguments raised therein, the emergency motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_10/24/2025_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*